UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case No. 8:02-cr-74-T-17EAJ |
| GENEVIEVE A. BECK, : | |
| Defendant, : | |
| and : | |
| MERRILL LYNCH & CO., INC., : | |
| Garnishee. : | |

## ORDER GRANTING UNITED STATES OF AMERICA'S
## MOTION TO DISSOLVE WRIT OF GARNISHMENT

THIS CAUSE came on for consideration upon the United States of America's Motion to Dissolve Writ of Garnishment directed to Merrill Lynch & Co., Inc. The Court, having reviewed the Motion, finds that it is well taken and due to be granted.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Dissolve Writ of Garnishment is granted. It is further

ORDERED, ADJUDGED, AND DECREED that the Writ of Garnishment directed to Merrill Lynch & Co., Inc., is hereby dissolved and is of no further legal consequence. It is further

ORDERED, ADJUDGED, AND DECREED that Merrill Lynch & Co., Inc.'s, demand for payment of its costs and fees for answering the Writ of Garnishment, is denied.

DONE AND ORDERED at Tampa, Florida, on SEPTEMBER 22ND, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge